**Order entered March 5, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-01379-CR**
**No. 05-19-01380-CR**

**ROBERTO VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-30958-H & F19-30959-H**

### ORDER

A corrected clerk's record was filed in appellate cause #05-19-01380-CR, replacing the clerk's record filed December 9, 2019. We **STRIKE** the December 9, 2019 clerk's record in 05-19-01380-CR.

/s/     LANA MYERS
        JUSTICE